STATE v. STRICKLAND

No. 631P02

Case below: 153 N.C. App. 581

Motion by Attorney General to deny the petition for writ of certiorari filed as a notice of appeal based on a substantial constitutional question allowed 27 February 2003.

STATE v. TERRY

No. 53P03

Case below: 155 N.C. App. 223

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 27 February 2003.

STATE v. TOOMER

No. 60P03

Case below: 150 N.C. App. 441

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 27 February 2003.

STATE v. TRULL

No. 618P02

Case below: 153 N.C. App. 630

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 27 February 2003. Motion by the Attorney General to dismiss appeal allowed 27 February 2003.

STATE v. TUCKER

No. 6P03

Case below: 154 N.C. App. 653

Motion by Attorney General for temporary stay denied 8 January 2003. Petition by Attorney General for writ of supersedeas denied 27 February 2003. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 27 February 2003.